## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE J. KRIZAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: |
| | ) |
| THE WRITTEN WORD OF GEORGETOWN, L.L.C., | ) |
| a revoked District of Columbia limited liability | ) |
| company | ) |
| Please Serve:  Paul K. Rubenstein, Reg. Agent | ) |
| 3131 Connecticut Ave NW, Apt 2304 | ) |
| Washington, DC 20008-5001 | ) |
| | ) |
| THE WRITTEN WORD, L.L.C., | ) |
| a revoked District of Columbia limited liability company | ) |
| Please Serve:  Ronald Scott Mitchell, Reg. Agent | ) A Jury Trial is Demanded |
| 3100 16th Street, NW | ) |
| Washington, DC 20010 | ) |
| | ) |
| | ) |
| MARTHA C. RUBENSTEIN, | ) |
| Please serve:  3131 Connecticut Ave NW, Apt 2304 | ) |
| Washington, DC 20008-5001 | ) |
| | ) |
| AND | ) |
| | ) |
| PAUL K. RUBENSTEIN, | ) |
| Please serve:  3131 Connecticut Ave NW, Apt 2304 | ) |
| Washington, DC 20008-5001 | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

COMES NOW, Catherine J. Krizan, plaintiff, by counsel, for her Complaint against The

Written Word, L.L.C., a revoked District of Columbia limited liability company, The Written

1

Word of Georgetown, L.L.C., a revoked District of Columbia limited liability company, Martha

C. Rubenstein, and Paul K. Rubenstein, individually and/or as trustees in dissolution as set forth

below, and in support thereof states the following:

## PARTIES

1.    Catherine J. Krizan (hereinafter "Krizan") is a citizen of the United States and

resides in Washington, DC.

2.    The Written Word, L.L.C. and The Written Word of Georgetown, L.L.C.

(hereinafter collectively "Written Word") are revoked District of Columbia limited liability

companies who are believed to be owned and operated by Paul K. Rubenstein and Martha C.

Rubenstein, and engage in the business of designing and selling custom letterpress wedding

invitations, baby announcements, and stationery from a location in the District of Columbia,

1427 P Street, NW, Washington, DC.

3.    Paul K. Rubenstein and Martha C. Rubenstein (hereinafter collectively

"Rubenstein") are members and/or managers of Written Word, trustees in dissolution for Written

Word, respectively, and/or trading as The Written Word and/or Written Word Studio, including

but not limited to maintaining a website, www.writtenwordstudio.com.

4.    The Rubensteins are citizens of the United States, reside in the District of

Columbia, and regularly conduct business and other affairs in the District of Columbia, including

without limitation owning and operating the Written Word retail store located at 1427 P Street,

NW, Washington, DC.

## JURISDICTION & VENUE

5.    In this civil action, Krizan seeks civil damages from Written Word and

2

Rubenstein for Copyright Infringement under the Copyright Act, 17 U.S.C. §101 *et seq.*, and for common law trover and conversion, trespass to chattels, detinue, and/or misappropriation of name.

6.    Written Word and Rubenstein are physically present in the District of Columbia, transacted business and contracted to sell goods or services in connection with the matters as alleged in this complaint in the District of Columbia; upon information and belief, engaged in infringing and other acts outside of the District of Columbia which cause injury to Krizan, who resides in the District of Columbia; regularly do and solicit business in the District of Columbia; derive substantial revenue from goods used or services rendered in the District of Columbia; and/or expect or reasonably should expect that their infringing and/or other conduct will have a consequence in the District of Columbia and derive substantial revenue from interstate commerce.

7.    Court has jurisdiction of this matter pursuant to 17 U.S.C. §501, and 28 U.S.C. §§ 1331, 1338, and 1367.

8.    Venue is proper in the United States District Court for the District of Columbia pursuant to 28 U.S.C. §1391.

## FACTS

9.    Most people dream of getting married, as did Krizan.

10.    Part of the dream of marriage is the wedding, for which almost every woman, like Krizan, plans to be special, unique, one of a kind, and the very best day of her life.

11.    Brides seek assistance, choose brides maids, plan, and work hard to make this wedding special, grand, and to fulfill their dream, as Krizan did.

3

12.    Krizan is the founder, owner, and chief designer for Kate Krizan Design, L.L.C., a Virginia limited liability company, (hereinafter "Krizan Design"), and specializes in the design, production, and sale of custom graphic design.

13.    Krizan desired to create a graphic design and theme for her wedding that was special, one of a kind, and unique.

14.    To this end, Krizan expended a substantial investment of time, effort and expense in the design and development of an invitation, response card, location information card, event program, brunch invitation, thank you card, envelope mounted invitation, and envelopes that captured her love for her husband, and her anticipation of her wedding and future with her husband.

15.    Krizan was marrying Kendall Grant Clark and he was her muse.

16.    Krizan went through many hours of creation and revision to produce all the above items which Krizan decided would only be used once for her wedding, and if she changed her mind, then Krizan would sell it.

17.    Krizan also planned on using these items as a piece in her portfolio to advance her design business, as a sample of her best work, and named these items the Primavera suite.

18.    Krizan approached the Written Word prior to May 8, 2006 to print her wedding invitation, and contracted with the Written Word to print her wedding invitation, response card, location information card, brunch invitation, thank you card, envelope mounted invitation, and envelopes.

19.    Written Word printed Krizan's wedding stationery, and Krizan paid Written Word for printing her wedding stationery.

4

20.     Krizan developed and created her wedding invitation, response card, location information card, brunch invitation, thank you card, event program, envelope mounted invitation, and envelopes (hereinafter collectively "wedding stationery" and/or "the Primavera suite") which are original copyrightable works.

21.     Krizan is the sole creator and author of the Primavera suite.

22.     Krizan is the sole owner of the Primavera suite.

23.     Krizan is entitled to sole, exclusive possession of the Primavera suite.

24.     The Primavera suite is Krizan's sole property.

25.     Krizan registered copyrights in the Primavera suite on August 7, 2007 as follows:

    a.)     Primavera Suite - Invitation (greeting card - invitation), Exhibit 1;

    b.)     Primavera Suite - Response card (greeting card - response), Exhibit 2; and

    c.)     Primavera Suite - Location Response card (greeting card - location), Exhibit 3.

26.     From May 8, 2006 and continuing thereafter, Written Word and/or Rubenstein sold Krizan's Primavera suite, infringed Krizan's copyright, and/or otherwise interfered with her property, including without limitation to the following:

    a.)     Selling the Primavera suite to Written Word customers, to include but not be limited to another wedding, a bat mitzvah, and a same sex union, from which Written Word and/or Rubenstein derived profit;

    b.)     Selling or attempting to sell the Primavera suite to Written Word customers and/or potential customers through its store located in Washington, DC, via its internet website located at

www.writtenwordstudio.com, and over the telephone from which Written

Word and/or Rubenstein derived profit;

c.)    Advertising for sale as the Written Word's Garden invitation the property

and copyrightable work of Krizan, the Primavera suite, in its store located

in Washington, DC via its internet website located at

www.writtenwordstudio.com, and over the telephone, by which it

enhanced its business; and

d.)    Identifying in error and without any legal or equitable justification that

Written Word and/or Rubenstein was/were the creator(s), originator(s),

and authorized to sell Krizan's Primavera suite as the Written Word

Garden invitation.

27.    Krizan did not authorize, license, contract, or otherwise agree that Written Word

and/or Rubenstein may use in any manner her Primavera suite, to include but not be limited to

renaming it, selling it, copying it, and reproducing it without her permission.

28.    Krizan did not intend to sell the Primavera suite commercially for any reason, and

if she changed her mind, then Krizan would have sold the Primavera suite herself.

29.    Written Word and Rubenstein displayed Krizan's own wedding stationery, i.e. the

Primavera invitation, response card, and information card, on its website,

www.writtenwordstudio.com, to advertise for sale and promote sale of its copy of Krizan's own

wedding stationery as Written Word and/or Rubenstein's renamed Garden invitation.  Exhibit 4,

Krizan Wedding Stationery as Displayed on Written Word's website.

30.    Written Word and/or Rubenstein copied Krizan's Primavera suite and displayed it

in its Washington, DC retail store copies of Krizan's Primavera suite sold by Written Word and Rubenstein to its/their customers.  Exhibit 5, <u>Infringing Copies of Krizan's Primavera Suite</u>.

31.     Written Word and/or Rubenstein had no right at law or in equity to use, possess, sell, copy, convert, trespass, and/or otherwise infringe the personal property rights and copyrighted works of Krizan.

32.     Krizan did not and has not granted permission of any sort to Written Word and/or Rubenstein to use the Primavera design for any reason, other than to print her own wedding stationery; to advertise the Primavera suite for sale; to sell the Primavera suite to anyone else; and to use her name in its/their advertisements whether in its retail location in Washington, DC or on the internet.

33.     Krizan and Krizan Design are market competitors of Written Word and/or Rubenstein and Krizan's designs are commercially valuable.

**COUNT I**
**(Copyright Infringement)**

34.     Krizan incorporates by reference all the allegations of paragraphs 1 through 33 as if fully set forth herein.

35.     Krizan owns or owned the copyrighted material, the Primavera suite.

36.     Likewise, Krizan registered with the United States Copyright Office the Primavera suite invitation, response card, and location response card.  Exhibits 1-3.

37.     Krizan is the author and copyright holder of the Primavera suite invitation, response card, and location response card, containing material wholly original and created by Krizan and thus copyrightable under the laws of the United States.

38.    Krizan has complied in all respects with 17 U.S.C. § 101 *et seq.*, and secured the exclusive rights and privileges in and to the copyrights of the above-referenced works.

39.    Krizan has been and still is the sole proprietor of all rights, title, and interest in and to the copyrights in their respective works as referenced above.

40.    Written Word and/or Rubenstein's conduct violates the exclusive rights belonging to Krizan as owner of the copyrights in her Primavera suite, including without limitation her rights under 17 U.S.C. § 106.

41.    As a direct and proximate result of their wrongful, willful conduct, Written Word and/or Rubenstein have realized and may continue to realize profits and other benefits rightfully belonging to Krizan.  Accordingly, Krizan seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505 to which she may be entitled in whole or in part.

42.    Upon information and belief, Written Word and/or Rubenstein have willfully engaged in, and are willfully engaging in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of Krizan.

### COUNT II
### (Trover and Conversion)

43.    Krizan incorporates paragraphs 1 through 42 as if fully set forth herein.

44.    Krizan states that she possessed title to and possession of the Primavera suite.

45.    Krizan states that she lost the Primavera suite and that Written Word and/or Rubenstein found the same, using the Primavera suite as if it were its/their/his own.

46.    Krizan did not intend to sell the Primavera suite at all times relevant.

47.    Krizan states that Written Word and/or Rubenstein did not have authority to

possess, use, or sell in any manner her Primavera suite.

48.     Krizan states that she did not in any manner ratify the above actions of Written Word and/or Rubenstein, whether expressly or by conduct.

49.     Written Word and/or Rubenstein took all of the actions as alleged above, and Written Word and/or Rubenstein used, misappropriated, and converted the Primavera suite for its/their/his own use, enjoyment, and benefit.

50.     Written Word and/or Rubenstein wrongfully exercised dominion and control over the Primavera suite and deprived Krizan of the possession of her property, including Krizan's right to have no-one use the Primavera suite for any purpose, whether as wedding stationery or to promote its/their business and sales.

51.     Written Word and/or Rubenstein wrongful exercised dominion over Krizan's Primavera suite, which is in denial of and inconsistent with Krizan's rights to the same.

52.     Written Word and/or Rubenstein converted and/or otherwise committed trover regarding Krizan's Primavera suite.

53.     Krizan states that the Primavera suite has a value of $125,000.

54.     As the direct and proximate result of Written Word and/or Rubenstein's trover and/or conversion, Krizan suffered injury and damages including but not limited to loss of the value of the Primavera suite, loss of profits from sales, loss of the uniqueness of her specially created, one of a kind wedding invitation, loss of business goodwill, loss of advertising and other intangible benefits as being the creator of the Primavera suite.

## COUNT III
### (Misappropriation of Name)

55.    Krizan incorporates paragraphs 1 through 54 as if fully set forth herein.

56.    Krizan's name and her design, the Primavera Suite, possess commercial value for Krizan and Krizan Designs.

57.    Written Word and/or Rubenstein negligently and/or intentionally appropriated for its/their/his own commercial use or benefit the name of Krizan to advertise the business and/or products of Written Word and/or Rubenstein and/or some other similar commercial purpose in its website and upon information and belief in its stores, the location as mentioned above as well as in its Berkley Springs, West Virginia store.

58.    Written Word and/or Rubenstein benefitted from the appropriation of Krizan's name, including but not limited to causing views of its website and patrons of its retail store locations to believe that it designed wedding stationery for a market competitor, Krizan, for the most special of days, her wedding day.

59.    Written Word and/or Rubenstein benefitted from misappropriation of Krizan's name, including but not limited to use of Krizan's name to enhance Written Word and/or Rubenstein's reputation, prestige, social and/or commercial standing, public interest in their products, and/or other values accruing to Krizan's name to themselves.

60.    As a direct and proximate result of their misappropriation of Krizan's name, Krizan suffered injury and damages including but not limited to loss of reputation, prestige, social and/or commercial standing, public interest in her products, and/or other values accruing to Krizan's name.

61.     Upon information and belief, Written Word and/or Rubenstein have willfully engaged in, and are willfully engaging in, the acts complained of with recklessness, oppression, fraud, and malice, and in conscious disregard of the rights of Krizan.

WHEREFORE, Catherine J. Krizan, plaintiff, prays for judgment against The Written Word, L.L.C., a revoked District of Columbia limited liability company, The Written Word of Georgetown, L.L.C., a revoked District of Columbia limited liability company, Martha C. Rubenstein, and Paul K. Rubenstein, individually and/or as trustees in dissolution, the Defendants, as follows:

A.      Declaring that the Defendants' unauthorized conduct violates Krizan's rights under common law and the Federal Copyright Act;

B.      Ordering Defendants to account to Catherine J. Krizan for all gains, profits, and advantages derived by Defendants by their infringement of Catherine J. Krizan's copyrights or such damages as are proper, including but not limited to actual and/or statutory damages up to maximum statutory damages for Defendants' copyright infringement and/or willful infringement in an amount to be determined at trial;

C.      Awarding Catherine J. Krizan actual damages for Defendants' copyright infringement in an amount to be determined at trial;

D.      Awarding Catherine J. Krizan damages in the amount of $50,000 for the trover and conversion;

E.      Awarding Catherine J. Krizan damages in the amount of $25,000 for misappropriation of her name;

F.      Awarding Catherine J. Krizan punitive damages in the amount not less than

11

$150,000 for the willful, reckless, and conscious disregard of her rights in the Primavera suite due to trover and conversion and/or misappropriation of her name;

G.    Awarding Catherine J. Krizan her costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505 and/or otherwise if so the Court so allows; and

H.    Awarding Catherine J. Krizan that such other and further and general relief as the nature of the case may require and equity may be met.

**JURY DEMAND**

CATHERINE J. KRIZAN

_____
Andrew J. Terrell (D.C. Bar No.: 431362)
Kevin A. Kernan (D.C. Bar No.: 457194)
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036
(202) 659-6800
(202) 331-0573 (facsimile)

Of Counsel:

Darren Marshall Hart, VSB# 36794
Thomas Woodward Ashton, VSB# 70776
HART & ASSOC., P.C.
10045 Midlothian Turnpike, Suite 201
Richmond, VA 23235
(804) 673-9339
(804) 673-9969 facsimile

*Attorneys for Plaintiff
Catherine J. Krizan*

218101

**I (a) PLAINTIFFS**

Catherine J. Krizan

**DEFENDANTS**

The Written Word of Georgetown, L.L.C., a revoked District of Columbia limited liability company, et al.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ D.C.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ D.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Kevin A. Kernan, Esquire
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20036   (202) 659-6800

ATTORNEYS (IF KNOWN)

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
◉ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ◉ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ◉ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

◉ **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☒ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)** | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)** | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

## V. ORIGIN

⦿ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

17 U.S.C. Section 101, et seq. - Copyright, infringement, conversion and misappropriation.

## VII. REQUESTED IN COMPLAINT
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** _____ Check YES only if demanded in complaint

**JURY DEMAND:** YES ☒  NO ☐

## VIII. RELATED CASE(S) IF ANY
(See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 5/2/08      SIGNATURE OF ATTORNEY OF RECORD _____

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

**EXHIBIT  1**

# EXHIBIT  2

# EXHIBIT 3

**EXHIBIT  4**

# EXHIBIT  5









Color Xerox of
Pic #2

