IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE J. KRIZAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.1:08-cv-00771 (RBW): |
| | ) |
| THE WRITTEN WORD OF GEORGETOWN, L.L.C., et al. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

On May 2, 2008, I filed on behalf of Plaintiff, Catherine J. Krizan, a Complaint for, *inter alia*, violations of copyright infringement against the four (4) Defendants. I inadvertently omitted the Plaintiff's address in the caption of the Complaint as required pursuant to Local Civil Rule 5.1(e). Attached is the first page of the Complaint revised to include the Plaintiff's address.

CATHERINE J. KRIZAN

*//s// Kevin A. Kernan*
Andrew J. Terrell (D.C. Bar No.: 431362)
Kevin A. Kernan (D.C. Bar No.: 457194)
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036
(202) 659-6800
(202) 331-0573 (facsimile)

1

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed this 7th day of May, 2008 to

The Written Word of Georgetown, LLC
Paul K. Rubenstein, Registered Agent
3131 Connecticut Avenue, N.W.
Apartment 2304
Washington, DC  20008-5001

The Written Word, L.L.C.
Ronald Scott Mitchell, Registered Agent
3100 16th Street, N.W.
Washington, DC  20010

Martha C. Rubenstein
3131 Connecticut Avenue, N.W.
Apartment 2304
Washington, DC  20008-5001

Paul K. Rubenstein
3131 Connecticut Avenue, N.W.
Apartment 2304
Washington, DC  20008-5001

/s/ *Kevin A. Kernan*
Kevin A. Kernan

*218296*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE J. KRIZAN,<br>964 Florida Avenue, N.W.<br>Washington, DC  20001-4046<br><br>    Plaintiff,<br><br>v.<br><br>THE WRITTEN WORD OF GEORGETOWN, L.L.C.,<br>a revoked District of Columbia limited liability<br>company<br>Please Serve: Paul K. Rubenstein, Reg. Agent<br>      3131 Connecticut Ave NW, Apt 2304<br>      Washington, DC 20008-5001<br><br>THE WRITTEN WORD, L.L.C.,<br>a revoked District of Columbia limited liability company<br>Please Serve: Ronald Scott Mitchell, Reg. Agent<br>      3100 16th Street, NW<br>      Washington, DC 20010<br><br>MARTHA C. RUBENSTEIN,<br>Please serve: 3131 Connecticut Ave NW, Apt 2304<br>      Washington, DC 20008-5001<br><br>AND<br><br>PAUL K. RUBENSTEIN,<br>Please serve: 3131 Connecticut Ave NW, Apt 2304<br>      Washington, DC 20008-5001<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.1:08-cv-00771 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) A Jury Trial is Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT**

COMES NOW, Catherine J. Krizan, plaintiff, by counsel, for her Complaint against The

Written Word, L.L.C., a revoked District of Columbia limited liability company, The Written

1