IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE J. KRIZAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.1:08-cv-00771 (RBW) |
| | ) |
| THE WRITTEN WORD OF | ) |
| GEORGETOWN, L.L.C., et al. | ) |
| | ) |
| Defendants. | ) |

## MOTION TO EXTEND TIME AND FOR ALTERNATIVE SERVICE OF PROCESS

COMES NOW the Plaintiff, Catherine J. Krizan, by and through undersigned counsel Whiteford, Taylor & Preston, L.L.P., with her Motion to Extend Time in which to serve Defendants and for Alternative Service of Process against Defendants, and in support thereof, states as follows:

1. On May 2, 2008, Plaintiff Catherine J. Krizan ("Krizan") filed the complaint in the above-captioned case seeking damages for copyright infringement and trover and conversion of her intellectual property.

2. On May 2, 2008, this Court issued Summons as to Defendants The Written Word of Georgetown, L.L.C. ("The Written Word"), The Written Word, L.L.C., Martha C. Rubenstein and Paul K. Rubenstein (the "Rubensteins").[1] However, the Summons were returned to Plaintiff's counsel for service of process incomplete and without the signature of the court clerk, date, or case number.

3. The Summons were not issued by the court with the clerk's signature, date, and case number until August 15, 2008.

4. On May 16, 2008, counsel for Plaintiff, pursuant to Civ. R. 4(d), sent a waiver of

---

[1] Counsel for Plaintiff is not attempting to serve The Written Word, L.L.C. at this time.

service request by first-class mail to Defendants Martha C. Rubenstein and Paul K. Rubenstein, and to Defendant The Written Word of Georgetown, L.L.C. through its registered agent, Paul K. Rubenstein (hereinafter referred to as the "Defendants"). (*See* Waiver Requests, attached hereto as **Exhibits A, B & C**). The waiver of service notice included all of the information required under Civ. R. 4(d)(1), as well as form AO 399, Waiver of Service of Summons, and Defendants were given 30 days to respond to the waiver requests. (*See* **Exhibits A, B & C**).

5. None of the Defendants have responded to the waiver request to date.

6. Krizan, therefore, requests this Court to impose on the Defendants, pursuant to Civ. R. 4(d)(2), the expenses incurred in making service and the reasonable expenses, including attorney's fees, of having to file this motion and/or other motions to collect on service expenses.

7. Krizan retained the services of Capitol Process Services to effect service upon the Defendants. After the Summons was properly issued on August 15, 2008, Capitol Process Services made several attempts to serve the Summons and Complaint on the Defendants.

8. On August 24, 2008 at 7:27p.m., Scott Kucik of Capitol Process Services attempted to personally serve the Defendants at their residence at 3131 Connecticut Avenue, N.W., Unit 2304, Washington, D.C. 20008. (*See* Affidavit of Scott Kucik, attached hereto as **Exhibit D**).

9. Mr. Kucik attempted to serve the Defendants at their residence and even spoke with the Defendants on the phone. The Defendants refused service by denying Mr. Kucik access to their residence, by refusing to accept service personally despite knowing that a process server was attempting to serve them, and by having building security force Mr. Kucik from the property. (*See* **Exhibit D**).

10. Mr. Kucik also made attempts to serve the Defendants at the listed places of

2

business for The Written Word of Georgetown, 1365 Connecticut Avenue, N.W., Washington, D.C. and 1054 31st Street, N.W., Washington, D.C., but was unable to locate the Defendants at those addresses. (*See* **Exhibit D**).

11. Defendants' actions indicate that they are attempting to evade service of process and Krizan is aware of no other addresses at which to locate Defendants.

12. Under Civ. R. 4(m), when a plaintiff fails to serve a defendant within 120 days after the complaint is filed, but "the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Therefore, with good cause having been shown, Krizan moves this Court pursuant to Civ. R. 4(m) to grant Krizan additional time in which to serve the Defendants due to the problems with the original issuance of the Summons and Defendants' efforts to evade service.

13. Additionally, with good cause having been shown, Krizan moves this Court to authorize her to serve the Defendants through alternative means due to the Defendants' evasion of service by authorizing Plaintiff to serve the Defendants by posting copies of the Summons and Complaint on the residence of the Rubensteins and the registered agent with a confirmatory copy sent by certified mail, or any other alternative means that the Court deem appropriate.

WHEREFORE, Plaintiff Catherine J. Krizan respectfully requests that this honorable Court grant her motion and extend the time for Plaintiff to serve Defendants The Written Word of Georgetown, L.L.C., Martha C. Rubenstein, and Paul K. Rubenstein, authorize Plaintiff to serve the same Defendants by posting the Summons and Complaint at the residence of Martha C. Rubenstein and Paul K. Rubenstein, the registered agent of The Written Word of Georgetown, L.L.C., award Plaintiff Krizan the expenses incurred in making service on Defendants, award Plaintiff reasonable attorney's fees and costs for having to file this motion, and for such other

and further relief as this Court deems appropriate.

                Respectfully Submitted,


                BY COUNSEL


                /s/ Kevin A. Kernan
                Andrew J. Terrell (D.C. Bar No.: 431362)
                Kevin A. Kernan (D.C. Bar No.: 457194)
                WHITEFORD, TAYLOR & PRESTON, LLP
                1025 Connecticut Avenue, N.W.
                Suite 400
                Washington, D.C. 20036
                (202) 659-6800
                (202) 331-0573 (facsimile)

                Of Counsel:

                Darren Marshall Hart, VSB# 36794
                Thomas Woodward Ashton, VSB# 70776
                HART & ASSOC., P.C.
                10045 Midlothian Turnpike, Suite 201
                Richmond, VA 23235
                (804) 673-9339
                (804) 673-9969 facsimile

                *Attorneys for Plaintiff*
                *Catherine J. Krizan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2008, a copy of the foregoing was mailed first class, postage prepaid to:

>The Written Word of Georgetown, L.L.C.
>c/o Paul K. Rubenstein, Registered Agent
>3131 Connecticut Ave NW, Apt 2304
>Washington, DC 20008-5001
>
>Martha C. Rubenstein
>3131 Connecticut Ave NW, Apt 2304
>Washington, DC 20008-5001
>
>Paul K. Rubenstein
>3131 Connecticut Ave NW, Apt 2304
>Washington, DC 20008-5001

/s/ Kevin A. Kernan
Kevin A. Kernan

*223126*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CATHERINE J. KRIZAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.1:08-cv-00771 (RBW) |
| | ) |
| THE WRITTEN WORD OF | ) |
| GEORGETOWN, L.L.C., et al. | ) |
| | ) |
| Defendants. | ) |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion to Extend Time and For Alternative Service of Process, and opposition thereto, it is on this _____ day of _____, 2008, hereby ORDERED that Plaintiff's Motion be GRANTED. It is further

ORDERED that Plaintiff is granted an additional 90 days in which to serve Defendants The Written Word of Georgetown, L.L.C., Martha C. Rubenstein, and Paul K. Rubenstein and such service shall be effected by _____; it is further

ORDERED that Plaintiff may alternatively serve the aforementioned Defendants by posting a copy of the Summons and Complaint in the above-captioned case in the lobby of Defendants' residence located at 3131 Connecticut Avenue, N.W., Washington, D.C. 20008 and by sending a confirmatory copy by first-class U.S. mail to Unit 2304 of the same address; and it is further

ORDERED that the aforementioned Defendants pay _____ dollars for expenses incurred by Plaintiffs, including reasonable attorney's fees, in order to serve Defendants and for filing this Motion.

_____
Judge, United States District Court
for the District of Columbia

Copies To:

Kevin A. Kernan
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036

The Written Word of Georgetown, L.L.C.
c/o Paul K. Rubenstein, Registered Agent
3131 Connecticut Ave NW, Apt 2304
Washington, DC 20008-5001

Martha C. Rubenstein
3131 Connecticut Ave NW, Apt 2304
Washington, DC 20008-5001

Paul K. Rubenstein
3131 Connecticut Ave NW, Apt 2304
Washington, DC 20008-5001

*223154*

WHITEFORD, TAYLOR & PRESTON L.L.P.

1025 CONNECTICUT AVENUE, NW, SUITE 400
WASHINGTON, D.C. 20036-5405

MAIN TELEPHONE (202) 659-6800
FACSIMILE (202) 331-0573

KEVIN A. KERNAN
DIRECT LINE (202) 659-6818
DIRECT FAX (202) 327-6148
kkernan@wtplaw.com

BALTIMORE, MD
COLUMBIA, MD
FALLS CHURCH, VA
TOWSON, MD
WASHINGTON, DC
WILMINGTON, DE*

WWW.WTPLAW.COM
(800) 987-8705

May 16, 2008

The Written Word of Georgetown, L.L.C.
Paul K. Rubenstein, Registered Agent
3131 Connecticut Avenue, N.W.
Apartment 2304
Washington, D.C. 20008-5001

    Re:    Catherine J. Krizan v. The Written Word of Georgetown, L.L.C., et al.
             In the United States District Court for the District of Columbia
             Case No. 1:08-cv-00771

Dear Mr. Rubenstein,

       A lawsuit has been filed against you, or the entity you represent, in the United States District Court for the District of Columbia under the number shown above. A copy of the complaint is enclosed with this letter.

       This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within thirty (30) days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope for returning one copy. You may keep the other copy.

       If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have sixty (60) days from the date this notice is sent (see the date below) to answer the complaint.

       If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

*Whiteford, Taylor and Preston L.L.P. is a limited liability partnership. Our Delaware office is operated under a separate Delaware limited liability company, Whiteford,

EXHIBIT
4

The Written Word of Georgetown, L.L.C.
May 16, 2008
Page 2

    Please read the enclosed statement about the duty to avoid unnecessary expenses.

    I certify that this request is being sent to you on May 16, 2008.

Very truly yours,

Kevin A. Kernan

Enclosure

218688

WHITEFORD, TAYLOR & PRESTON L.L.P.

KEVIN A. KERNAN
DIRECT LINE (202) 659-6818
DIRECT FAX (202) 327-6148
kkernan@wtplaw.com

1025 CONNECTICUT AVENUE, NW, SUITE 400
WASHINGTON, D.C. 20036-5405
MAIN TELEPHONE (202) 659-6800
FACSIMILE (202) 331-0573

BALTIMORE, MD
COLUMBIA, MD
FALLS CHURCH, VA
TOWSON, MD
WASHINGTON, DC
WILMINGTON, DE*

WWW.WTPLAW.COM
(800) 987-8705

May 16, 2008

Martha C. Rubenstein
3131 Connecticut Avenue, N.W.
Apartment 2304
Washington, D.C. 20008-5001

Re:   Catherine J. Krizan v. The Written Word of Georgetowne, L.L.C., et al.
      In the United States District Court for the District of Columbia
      Case No. 1:08-cv-00771

Dear Ms. Rubenstein,

A lawsuit has been filed against you in the United States District Court for the District of Columbia under the number shown above. A copy of the complaint is enclosed with this letter.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within thirty (30) days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope for returning one copy. You may keep the other copy.

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have sixty (60) days from the date this notice is sent (see the date below) to answer the complaint.

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you to pay the expenses of making service.

EXHIBIT B

*Whiteford, Taylor and Preston L.L.P. is a limited liability partnership. Our Delaware office is operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.

Martha C. Rubenstein
May 16, 2008
Page 2

      Please read the enclosed statement about the duty to avoid unnecessary expenses.

      I certify that this request is being sent to you on May 16, 2008.

Very truly yours,

*[signature]*

Kevin A. Kernan

Enclosure

218685

WHITEFORD, TAYLOR & PRESTON L.L.P.

KEVIN A. KERNAN
DIRECT LINE (202) 659-6818
DIRECT FAX (202) 327-6148
kkernan@wtplaw.com

1025 CONNECTICUT AVENUE, NW, SUITE 400
WASHINGTON, D.C. 20036-5405
MAIN TELEPHONE (202) 659-6800
FACSIMILE (202) 331-0573

BALTIMORE, MD
COLUMBIA, MD
FALLS CHURCH, VA
TOWSON, MD
WASHINGTON, DC
WILMINGTON, DE*

WWW.WTPLAW.COM
(800) 987-8705

May 16, 2008

Paul K. Rubenstein
3131 Connecticut Avenue, N.W.
Apartment 2304
Washington, D.C. 20008-5001

Re:   Catherine J. Krizan v. The Written Word of Georgetown, L.L.C., et al.
      In the United States District Court for the District of Columbia
      Case No. 1:08-cv-00771

Dear Mr. Rubenstein,

A lawsuit has been filed against you in the United States District Court for the District of Columbia under the number shown above. A copy of the complaint is enclosed with this letter.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within thirty (30) days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope for returning one copy. You may keep the other copy.

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have sixty (60) days from the date this notice is sent (see the date below) to answer the complaint.

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you to pay the expenses of making service.

EXHIBIT
C

*Whiteford, Taylor and Preston L.L.P. is a limited liability partnership. Our Delaware office is operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.

Paul K. Rubenstein
May 16, 2008
Page 2

    Please read the enclosed statement about the duty to avoid unnecessary expenses.

    I certify that this request is being sent to you on May 16, 2008.

Very truly yours,<br><br>*[signature]*<br>Kevin A. Kernan

Enclosure

218682

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

CATHERINE J. KRIZAN

V.

THE WRITTEN WORD OF GEORGETOWN LLC, ET AL.

### AFFIDAVIT OF SCOTT KUCIK

I, Scott Kucik, hereby depose and say:

That I am the Custodian of Records of Capitol Process Services, 1827 18th Street, N.W., Washington, D.C. 20009.

That I am not a party to or otherwise interested in this case.

That the following details the efforts made to serve the defendants, **Paul K. Rubenstein, The Written Word of Georgetown c/o Registered Agent, Paul K. Rubenstein and Martha C. Rubenstein** in the above referenced case.

On August 24, 2008, at 7:27 p.m., I attempted service on the defendants at 3131 Connecticut Avenue, N.W., Washington, D.C., Unit 2304, 20008. This address is a residential building with front desk security. Visitors must call from the front desk and speak with the occupants before being allowed entry. Accordingly, the front desk employee called the Rubenstein's unit. Ms. Rubenstein answered and the employee handed the telephone to me. I indicated to Ms. Rubenstein that I was attempting to deliver to her and the other defendants a Summons and Complaint in the above referenced case. Ms. Rubenstein indicated that she would not allow me upstairs to her unit. I asked her if she would come downstairs to receive the documents (it was unclear to me as yet if she was and/or is an officer of The Written Word of Georgetown). Shortly thereafter, Ms. Rubenstein disconnected from the call. As it was unclear to me if she was proceeding to the lobby to recieve service, I waited in the lobby area for her. After some time, a member of the building security approached me and stated that he had just received a phone call from a man in the Rubenstein's unit. According to the employee, the man had informed him that nobody would be coming down to receive the process. I was then asked to leave the property.

Additional attempts were made to serve the defendants at the following addresses but they were not found to be at the addresses: 1365 Connecticut Avenue, N.W., Washington, D.C. and 1054 31st Street, N.W., Washington, D.C.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.


EXHIBIT D

*/s/ Scott-Kuoik*

Subscribed and Sworn to before me this 28th day of August, 2008.

*/s/ Nicole g. Davis*
Notary Public

My commission expires: 01-14-09