UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CATHERIN J. KRIZAN,                 )
                                    )
          Plaintiff,              )
                                    )
   v.                               )   Civil Action No. 08-771  (RBW)
                                    )
THE WRITTEN WORD                    )
OF GEORGETOWN, L.L.C., et al.,      )
                                    )
          Defendants.             )
_____)

**ORDER**

The Court having considered the plaintiff's Motion to Extend Time and For Alternative Service of Process, and it appearing to the Court that there is good cause to grant the plaintiff additional time in which to serve process on the defendants and to impose costs on the defendants for the service of process based upon the plaintiff's representations, but that the alternative means of service of process suggested by the plaintiff are not permitted by Federal Rule of Civil Procedure 4, it is

    **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.  It is further

    **ORDERED** that the plaintiff shall serve a copy of the summons and complaint in this case in accordance with the provisions of Federal Rule of Civil Procedure 4 on or before December 1, 2008.  It is further

    **ORDERED** that the defendants shall pay all reasonable costs incurred by the plaintiff in connection with the formal service of process on the defendants, including reasonable attorney's fees incurred in connection with the preparation of this motion.  It is further

**ORDERED** that the plaintiff's attorney shall submit an affidavit listing all reasonable costs and fees incurred by the plaintiff in connection with the formal service of process on the defendants, including all reasonable attorney's fees incurred in connection with the preparation of this motion, within fourteen days of service of process on the defendants.  It is further

**ORDERED** that the defendants shall file their objections to the reasonableness of the costs and fees asserted by the plaintiff's counsel in his affidavit, if any they wish to assert, within seven days of the filing of the affidavit.  It is further

**ORDERED** that the Clerk of the Court shall mail copies of this order to the following:

The Written Word of Georgetown, L.L.C.
c/o Paul K. Rubenstein, Registered Agent
3131 Connecticut Avenue, N.W. # 2304
Washington, DC 20008-5001

Martha C. Rubenstein
3131 Connecticut Avenue, N.W. #2304
Washington, DC 20008-5001

Paul K. Rubenstein
3131 Connecticut Avenue, N.W. #2304
Washington, DC 20008-5001.

**SO ORDERED** this 2nd day of September, 2008.

REGGIE B. WALTON
United States District Judge