UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CATHERINE J. KRIZAN

    Plaintiff,

v.        Case No. 1:08-CV-00771

                              The Honorable Reggie B. Walton

THE WRITTEN WORD OF      Assignment Date:    5/2/08
GEORGETOWN, L.L.C. t/a      Description:           General Civil
STATIONERS BY DESIGN, *et.al.* ,

    Defendants.
_____/

## RULE 41 DISMISSAL WITH PREJUDICE

This day came the parties, by their counsel, pursuant to Rule 41, Federal Rules of Civil Procedure, and hereby dismiss, with prejudice, all claims, with each party to bear their own costs, expenses and attorneys fees, and without an admission of liability.

/S/_____
Stephen A. Horvath, Esquire
D.C. Bar # 417137
Trichilo, Bancroft, McGavin, Horvath
& Judkins, P.C.
3920 University Drive
Fairfax, Virginia 22030
703-385-1000 (PHONE)
703-385-1555 (FACSIMILE)
shorvath@tbmhjlaw.com


/S/_____
Darren Marshall Hart, Esquire
Hart & Associates
10045 Midlothian Turnpike, Suite 201
Richmond, Virginia 23235
804-673-9339 (PHONE)
804-673-9969 (FACSIMILE)
inquiry@richmond-law.com

  /S/
Andrew J. Terrell, Esquire
D.C. Bar # 431362
Whiteford, Taylor & Preston, LLP
1024 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20036
202-659-6800 (PHONE)
202-331-0573 (FACSIMILE)
aterrell@wtplaw.com

      ORDERED that this matter be and hereby is DISMISSED WITH PREJUDICE.

      ENTERED this _____ day of _____, 2010.


_____
United State District Court Judge